| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | NO. 9:22-CR-13 (MAC) |
| DAVID J. ROSS, | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. (Doc. No. 24.)  The parties verbally waived the fourteen-day objection period at the competency hearing held on January 17, 2023.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense.  It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**.  It is further **ORDERED** that the Defendant, David J. Ross, is competent.  The speedy trial time shall be excluded from June 16, 2022 (the date the Defendant filed an Unopposed Motion for Psychiatric Exam), until the date of this order.

SIGNED at Beaumont, Texas, this 20th day of January, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE